UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID A. MAPLES,

      Plaintiff,                   Case No. 06-14775

v.                                 District Judge Bernard A. Friedman
                                  Magistrate Judge R. Steven Whalen

COUNTY OF MACOMB, et al.,

      Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
## AND FOR SANCTIONS

On August 13, 2007, the undersigned filed a Report and Recommendation (R&R) that, if accepted, will result in the dismissal of all Defendants who have been served. The R&R was premised on issues of law (e.g., prosecutorial immunity) that do not depend on factual discovery. Accordingly, Plaintiff's Motion to Compel Discovery and for Sanctions [Docket #27] is hereby DENIED.

      SO ORDERED.

                                              S/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: August 24, 2007

                              CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 24, 2007.

                                          S/G. Wilson
                                          Judicial Assistant